Harold R. LOVE, Appellant, v. Raymond L. SPRINGER, Appellee.

No. 10947.

United States Court of Appeals
Sixth Circuit.

Dec. 6, 1949.

Harold R. Love, Minneapolis, Minn., pro se.

David C. Walls, John A. Fulton, Louisville, Ky., for appellee.

Before HICKS, Chief Judge, and SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that the conditions upon which we granted additional time to the ap-

240

pellant for perfecting his record on appeal have not been complied with and that no additional time has been requested within the period of permitted compliance,

It is ordered that the appeal be and it is hereby dismissed.